IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-666-D-KS

| | |
|---|---|
| KRISTEN FARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| ODYSSEY CONTRACTING and | ) |
| IXIA HOLMES, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on Plaintiff's motion to compel discovery [DE #17]. Plaintiff contends that she served interrogatories on Defendants on April 21, 2025, and that Defendants failed to timely respond. (Mot. Compel [DE #17] at 2; Pl.'s Interrogs. [DE #17-2].) However, Plaintiff has not demonstrated she made a good faith effort to resolve the discovery dispute as required by Rule 37(a)(1) of the Federal Rules of Civil Procedure and this court's local rules. *See* Fed. R. Civ. P. 37(a)(1) (requiring certification of a good faith effort to resolve discovery dispute prior to filing motion to compel); Local Civil Rule 7.1(c)(2) (E.D.N.C. May 2023) (similarly requiring certification of "a good faith effort to resolve discovery disputes prior to the filing of any discovery motions"). Moreover, Plaintiff's motion appears to be moot as Defendants filed a response on June 30, 2025, indicating they have now fully responded to Plaintiff's interrogatories, without objections. (Resp. Opp'n Mot. Compel [DE #19].) Accordingly, the court DENIES Plaintiff's motion [DE #17].

This 30th day of June 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge